642

440 A.2d 1260

D'Amico, Appellant v. Charles Heeter, etc.

Argued September 2, 1981. Mark S. Galper, for appellant; Louis C. Lalumere, submitted a brief on behalf of appellee.

Before WICKERSHAM, BECK and WIEAND, JJ.

The order of the lower court is affirmed.

440 A.2d 1261

DeAngelis, Appellant v. Newman, etc.

Petition for Allowance of Appeal Granted March 8, 1982.

Argued April 6, 1981. Sidney M. DeAngelis, appellant, in propria persona; Marvin L. Wilenzik, for appellee.

Before SPAETH, CAVANAUGH and VAN der VOORT, JJ.

The order of the lower court is hereby affirmed.